# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Norfolk Division

FILED
JAN 21 2020
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

JONATHAN A. HERNANDEZ

Defendant.

Case Number:   2:19mj643

Defendant's Attorney:   Waived

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count 1.

Accordingly, the defendant is adjudged guilty of the following counts involving the indicated offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| 21 USC 844 | Possession of Marijuana | Misdemeanor | 11/21/19 | 1 |

As pronounced on January 21st, 2020, the defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this 21st day of January, 2020.

Douglas E. Miller
United States Magistrate Judge

Case Number: 2:19mj643
Defendant's Name: Hernandez, Jonathan A.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $25.00 | $250.00 | $0.00 |
|  | $0.00 | $0.00 | $0.00 |
| **TOTALS:** | **$25.00** | **$250.00** | **$0.00** |

# FINES

The defendant shall pay a fine of $250.00 as to count 1.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



UNITED STATES OF AMERICA

    v.

ANDREW T. HOPSON

Case No. 2:20mj25
Court Date: February 3, 2020

CRIMINAL INFORMATION

(Misdemeanor)-Violation No. 9103826

THE UNITED STATES ATTORNEY CHARGES:

That on or about December 3, 2019, at the Navy Exchange at Naval Air Station Oceana, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, ANDREW T. HOPSON, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

                    G. Zachary Terwilliger
                    United States Attorney

By: _____
     James T. Cole
     Special Assistant U.S. Attorney
     Office of the U.S. Attorney
     101 West Main Street, Suite 8000
     Norfolk, VA  23510
     Ph: (757) 441-6712
     Fax:(757) 441-3205
     James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

17 January 2020
Date